JACOB A. SHAHBAZ
**SHAHBAZ LAW GROUP, APC**
15760 Ventura Blvd., Suite 860
Encino, CA 91436
Telephone: (818) 510-0091
Facsimile: (818) 305-6222
E-mail: jacob@shahbazlaw.com

**Attorney for Plaintiff**
**GARNIK BLKHOYAN**

JAMES R. EVANS, JR. (SBN 119712)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, CA  90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: james.evans@alston.com

**Attorney for Defendant**
**CONAGRA BRANDS, INC.**

JS-6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARNIK BLKHOYAN,<br><br>       Plaintiff,<br><br>vs.<br><br>CONAGRA BRANDS, INC.; and DOES 1-25<br><br>       Defendant. | CASE NO.  5:20-cv-01034-JGB-KK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having received the Parties' Joint Stipulation of Dismissal with Prejudice filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  June 17, 2020

_____
UNITED STATES DISTRICT JUDGE